**SO ORDERED**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In Re: DAWN LEE SHOCKLEY　　　*

　　　Debtor　　　　　　　　　　　*

　　　　　　　　　　　　　　　　　*　　Case No.: 14-12700
　　　　　　　　　　　　　　　　　　　　(Chapter 13)

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

FOX CHASE TOWNHOUSE ASSOCIATION,　*
INC.
　　　　　　　　　　　　　　　　　*
　　Movant
　　　　　　　　　　　　　　　　　*
v.
　　　　　　　　　　　　　　　　　*
DAWN LEE SHOCKLEY
　　　　　　　　　　　　　　　　　*
　　Debtor
\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

### CONSENT ORDER MODIFYING AUTOMATIC STAY

　　　As a result of the filing of a motion to modify the automatic stay, the parties have entered into the following agreement:

　　　1.　On January 15, 2015, Movant filed a Motion for Relief from Stay and Notice of Motion under Chapter 13 of Title 11 U.S.C.

　　　2.　Fox Chase Townhouse Association, Inc. is a secured creditor with respect to the property owned by the debtor in Anne Arundel County, Maryland, known as 7819 Foxfarm Lane,

Glen Burnie, Maryland 21061, by virtue of a proof of claim in the amount of $8,451.71 filed by Movant.

3. The automatic stay imposed by 11 U.S.C. Sec. 362(a) is hereby terminated. The Movant, however, shall forbear from exercising any rights to foreclose and/or pursuant civil action against the debtor for post-petition debt only pursuant to the security instruments referenced in this Order, so long as the Debtor remains compliant with the terms of the Order.

4. The Debtor has failed to make the post-petition payments for the months of March 2014 through January 2015 and is in arrears $946.04, including late fees, interest and reasonable attorneys' fees and costs for the filing of the motion to lift stay.

5. Debtor and Movant have agreed to the following:

(a) Debtor shall cure the arrears by making an initial $300.00 payment due by no later than February 17, 2015, followed by the following monthly payments inclusive of fees and costs:

| | |
|---|---|
| February 28, 2015 | $110.67 |
| March 31, 2015 | $110.67 |
| April 30, 2015 | $110.67 |
| May 31, 2015 | $110.67 |
| June 30, 2015 | $110.68 |
| July 31, 2015 | $110.68 |

Payments shall be made payable to Fox Chase Townhouse Association, Inc. and forwarded to Oliveri & Associates, LLC, 635 N. Bestgate Road, Suite 200, Annapolis, Maryland 21401.

(b) Beginning with the monthly assessment due February 1, 2015, and continuing each month thereafter, the Debtor agrees to pay Fox Chase Townhouse Association, Inc. the regular monthly assessments, along with special assessments, if any. Those payments

should be forwarded to Fox Chase Townhouse Association, Inc., c/o Oliveri & Associates, LLC, 635 N. Bestgate Road, Suite 200, Annapolis, Maryland 21401.

        (c) Debtor will remain current with payments due to all lenders holding a secured interest in the real property located at 7819 Foxfarm Lane, Glen Burnie, Maryland 21061.

6. If the Debtor defaults under the terms enunciated in this Consent Order, ten (10) days following certification and service by first class mail of an Affidavit of Default upon the Debtor, Debtor's attorney and the Court that the Debtor has not fulfilled the terms of this Consent Order, and without further Order of this Court, the Movant may proceed with foreclosure proceedings concerning the property known as 7819 Foxfarm Lane, Glen Burnie, Maryland 21061 and/or civil action against the Debtor. Any successful purchaser may also take whatever legal action is necessary to obtain possession of the above-mentioned property pursuant to state law.

7. If the Debtor within ten (10) days following service by first class mail of an Affidavit of Default, delivers the payments required to bring the Debtor current pursuant to this Consent Order, then the Movant shall continue to forbear upon its right to foreclose and/or pursue civil action unless the Debtor defaults pursuant to the terms of this Consent Order at a future date.

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

SEEN AND AGREED:

| | |
|---|---|
| _____ | _____ |
| John M. Oliveri, Esq., #23218 | Robert N. Grossbart, Esquire |
| Oliveri & Associates, LLC | Grossbart, Portney & Rosenberg, P.A. |
| N. Bestgate Road, Suite 200 | One North Charles Street, Suite 1214 |
| Annapolis, Maryland 21401 | Baltimore, Maryland 21201 |
| (410) 295-3000 | (410) 837-0590 |
| Counsel for Movant | Counsel for Debtor |

cc:  Mr. Robert N. Grossbart, Esquire
     Grossbart, Portney & Rosenberg, P.A.
     One North Charles Street, Suite 1214
     Baltimore, Maryland 21201

     Ms. Dawn Lee Shockley
     7819 Fox Farm Lane
     Glen Burnie, MD 21061

     Ms. Nancy Spencer Grigsby
     4201 Mitchellville Road, Suite 401
     Bowie, MD 20716

     John M. Oliveri, Esq.
     Oliveri & Associates, LLC
     635 N. Bestgate Road
     Suite 200
     Annapolis, Maryland 21401
     joliveri@oliveriandassociates.com

### END OF ORDER